UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-231-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| PIERRE ABRAHAM | ) |

ORDER GRANTING
MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to file his sentencing memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant' motion is hereby GRANTED.

SO ORDERED this the _2_ day January, 2018.

　　　　　　　　　　　　　　　　　　　　James C. Dever, III,
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge