UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-00231-D

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> PIERRE ABRAHAM | **ORDER** |

This matter comes before the Court on motion of the Defendant to seal D.E. 138 (Exhibits A-E to Defendant's Motion for Compassionate Release) in the above-referenced case. For good cause shown, the Court GRANTS the Defendant's motion to seal. D.E. is hereby ORDERED sealed until further order of the Court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

This the 16 day of March 2021.

The Honorable James C. Dever, III
United States District Judge