IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-231-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PIERRE ABRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for compassionate release [D.E. 134] not later than April 19, 2021.

SO ORDERED. This 18 day of March 2021.

JAMES C. DEVER III
United States District Judge